IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LISA KOHLHAGEN,                          )
                                         )
                    Plaintiff,           )
                                         )
          v.                             )    C.A. No. 25-1150 (MN)
                                         )
NVR, INC.,                               )
                                         )
                    Defendant.           )

## ORDER

At Wilmington, this 12th day of February 2026;

WHEREAS, on January 6, 2026, Plaintiff submitted three unsigned filings: (1) a Motion for Sanctions, Disqualification and Corrective Relief (D.I. 24), (2) a Supplemental Notice Regarding Service Request and Representation (D.I. 25), and (3) a Motion to Clarify and Enforce Proper Representation and Service (D.I. 26);

WHEREAS, on January 8, 2026, the Clerk of Court issued a deficiency letter to Plaintiff informing her that her filings did not comply with Rule 11 of the Federal Rules of Civil Procedure and directing her to sign and return her documents (D.I. 27);

WHEREAS, a copy of Rule 11 was included with the letter;

WHEREAS, pursuant to Rule 11, "[t]he court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention"; and

WHEREAS, more than thirty (30) days have passed since the unsigned filings were brought to Plaintiff's attention and she has failed to correct, let alone promptly correct.

THEREFORE, IT IS HEREBY ORDERED that D.I. 24, 25 and 26 are STRICKEN pursuant to Rule 11 of the Federal Rules of Civil Procedure.

_____
The Honorable Maryellen Noreika
United States District Judge

2