IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LISA KOHLHAGEN, | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 25-1150 (MN) (LDH) |
| NVR, INC. d/b/a RYAN HOMES, | ) | |
| Defendant. | ) | |

**ORDER ADOPTING ORDER AND REPORT AND RECOMMENDATION**

At Wilmington, this 20th day of August 2026;

WHEREAS, on July 29, 2026, Magistrate Judge Hatcher issued an Order and Report and Recommendation ("the Report") (D.I. 46) in this action;

WHEREAS, the Report contained two recommendations: (1) that Plaintiff's Motion for Preliminary Injunction (D.I. 3) be denied (D.I. 46 ¶1) and (2) that Defendant NVR, Inc. d/b/a Ryan Homes' Motion to Dismiss (D.I. 17) be granted without prejudice and with leave for Plaintiff to file an Amended Complaint (D.I. 46 ¶ 5);

WHEREAS, no party filed objections to the Report pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED that:

1. The recommendations in the Order and Report and Recommendation (D.I. 46) are ADOPTED.[1]

[1] All other rulings in the Report were orders issued by Judge Hatcher on non-dispositive motions. As no party has objected to any portion of the Report, these rulings do not need to be adopted by this Court.

2. Plaintiff's Motion for Preliminary Injunction (D.I. 3) is DENIED.

3. Defendant NVR, Inc. d/b/a Ryan Homes' Motion to Dismiss (D.I. 17) is GRANTED.

4. On or before September 21, 2026, Plaintiff shall file an Amended Complaint to cure the deficiencies outlined in the Report. Failure of Plaintiff to do so will result in this action being dismissal without prejudice.

Maryellen Noreika

The Honorable Maryellen Noreika
United States District Judge